UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., and BAUSCH HEALTH COMPANIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA), INC., ZYDUS WORLDWIDE DMCC, and ZYDUS LIFESCIENCES LIMITED.<br><br>Defendants. | Civil Action No. 2:22-CV-05589 |

**STIPULATED ORDER OF DISMISSAL**

Whereas Plaintiffs Bausch Health Companies Inc., Salix Pharmaceuticals, Inc., and Salix Pharmaceuticals, Ltd. and Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Zydus Lifesciences Limited have agreed to the terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement and License Agreement (the "Settlement Agreement"),

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel of record, that: pursuant to Rule 41(a)(1)(ii) and (c), and subject to the Court's approval, all claims and counterclaims in this action are dismissed without prejudice.

ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of the Parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims, defenses, and counterclaims between the Parties are hereby dismissed without prejudice.

2. Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims and counterclaims dismissed by this Order.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: March 3, 2023

/s/ Harvey Bartle IV
Harvey Bartle IV

*Attorneys for Plaintiffs*

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600

**So ORDERED on 3/6/2023:**

*Of Counsel:*

Michael J. Abernathy
Wan-Shon Lo
Zachary D. Miller
Guylaine Haché
Michael T. Sikora
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: (312) 324-1000

**JULIEN XAVIER NEALS**
**United States District Judge**

2

*Attorneys for Defendants*

Zhibin Li
Locke Lord LLP
200 Vesey Street
New York, NY 10281
Phone: (212) 415-8600